ISRAEL GOLDSTEIN, Appellant, *v.* LAZARUS ROSENBERG, Respondent.

*Vendor and purchaser — real property — when restrictive covenant running with land does not prevent maintenance of public garage.*

*Goldstein v. Rosenberg,* 191 App. Div. 492, affirmed.

(Submitted October 25, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1920, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover an amount paid upon the execution of a contract to purchase real property on the ground that the vendor was unable to transfer a title free from restrictions which would prevent plaintiff from maintaining a garage on the premises to be conveyed. A covenant runing with the land forbade the use thereof, among other things, for any " other dangerous, noxious, unwholesome or offensive establishment, trade, calling or business whatsoever offensive to the neighborhood." The trial court held that the maintenance of a public garage was not prohibited within the meaning of said clause.

*Samuel Hellinger* and *Maximilian Bader* for appellant.

*Benjamin Reass, Emanuel Newman* and *Hugo Hirsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.